

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00226-CR

| | | |
|---|---|---|
| CAMILLE MASON, Appellant | § | On Appeal from County Criminal Court No. 2 |
| | § | of Tarrant County (1555502) |
| | § | December 10, 2020 |
| V. | § | |
| | § | Memorandum Opinion by Justice Dauphinot |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Lee Ann Dauphinot
 Justice Lee Ann Dauphinot